Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для
Northern District of Georgia

Atlanta Division

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 29 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Shakeyra Kyunva Bray
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See Attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:25-CV-5564
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Shakeyra Bradley
Street Address: 55 Hilliard St unit 219
City and County: Atlanta Fulton
State and Zip Code: GA 30312
Telephone Number: 470-948-2386, 470-329-1621
E-mail Address: ABBaDaughter76@gmail.com
kimberlyway315@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Fulton County Board of Assessors
- Job or Title (if known): Kate Ingred
- Street Address: 235 Peachtree St NE Suite 1100
- City and County: Atlanta Fulton
- State and Zip Code: GA 30303
- Telephone Number: 404-612-6440
- E-mail Address (if known):

Defendant No. 2
- Name: Tax Comissioner
- Job or Title (if known): Arthur E Ferdinand
- Street Address: 141 Pryor St SW
- City and County: Atlanta Fulton
- State and Zip Code: GA 30303
- Telephone Number: 404 613-6100
- E-mail Address (if known):

Defendant No. 3
- Name: Fulton County Assessors Office
- Job or Title (if known):
- Street Address: 235 Peachtree St NE Suite 1100
- City and County: Atlanta Fulton
- State and Zip Code: GA 30303
- Telephone Number: 404-612-6440
- E-mail Address (if known):

Defendant No. 4
- Name: City of Atlanta Special Assessments
- Job or Title (if known): Andre Dickens
- Street Address: 141 Pryor St
- City and County: Atlanta Fulton
- State and Zip Code: GA 30303
- Telephone Number: 404 613-6100
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under
   the laws of the State of *(name)* _____, and has its
   principal place of business in the State of *(name)* _____.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

  _____

III. **Statement of Claim**

  Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

They created a second system to do corrupt and unhuman things with peoples Land and property I have all my documents they need to update my Land cuz they already had a false case without my knowledge

IV. **Relief**

  State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I order the court to release all my Land Lots and properties to the rightful heir all and any tenants will be notified of eviction ASAP served with the help of an escort from the county as I tend properties and remove all tenants. and all Deed's Titles everything updated without delay to the rightful heir along with

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

2.5 Million In pain Suffering cnne
Defamation of my dignity

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04-27-25

Signature of Plaintiff   Shakeyra Kyundra Brues
Printed Name of Plaintiff   Shakeyra K Bradley

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

(1)

Defendants.

1) - Fulton County Board of Assessors
235 Peachtree Street, N.E Suite 1400
Atlanta GA 30303
404-612-6440

2) Tax Comissioner
ARthur E FerDinenD
141 Pryor St SW
Atlanta GA 30303
904-613-6100

4- City of Atlanta
Special Assessments
141 Pryor St
Atl GA 30303
404-613-6100

3) Fulton Conty Assessors Office
235 Peachtree St NE Suite 1400
Atlanta GA 30303
404-612-6440